JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ANTHONY MUGICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. 8:17-cv-00185-SHK<br><br>JUDGMENT |

It is the judgment of this Court that the Commissioner of Social Security's decision is AFFIRMED and this case is DISMISSED consistent with this Court's Order.

DATED: 5/31/2018

_____
HONORABLE SHASHI H. KEWALRAMANI
United States Magistrate Judge